ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED
MAR 1 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| MIGUEL ROBERTO DEJESUS | Case No. 05-54579 CN |
| MIGUELINA DEJESUS | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2482163 for an unclaimed dividend in the amount of $66.22. The name and address of the claimant entitled to the unclaimed dividend is as follows;

Claim # 10001   GECU OF EL PASO
P O BOX 20998
EL PASO, TX  79998

Dated: March 16, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 05-54579    Doc# 45    Filed: 03/18/11    Entered: 03/28/11 15:29:38    Page 1 of 1